LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HEIGL, | CASE NO. C 06 0551 JSW |
| Plaintiff, | Before the Honorable JEFFREY WHITE |
| vs. | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| ASTRAZENECA PHARMACEUTICALS, L.P., et al. | |
| Defendants. | Conference Date: December 1, 2006<br>Conference Time: 1:30 pm<br>Location: Courtroom 2, 17th Floor |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby ~~continues~~ VACATES the December 1, 2006 Case Management Conference ("CMC") ~~to _____, at _____~~. In the event the case is not transferred as part of the MDL No. 1596 – *In re Zyprexa Liability Litigation*, ~~far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 calendar days before the CMC, pursuant to this Court's Standing Order~~, joint request to have the matter placed back on the Court's calendar.

**IT IS SO ORDERED.**

DATED: November 21, 2006

_____
Honorable Jeffrey White
United States District Court Judge

- 3 -    [PROPOSED] ORDER